Rosie **DUTSCH,** widow of **John E. Cleland,** et al., Appellants,

v.

Mrs. Theodore **PETER** et al., Appellees.

No. 18399.

United States Court of Appeals
Fifth Circuit.

Nov. 6, 1960.

Guy L. Deano, Jr., Thomas H. Kingsmill, Jr., New Orleans, La., for appellants.

Stanley A. Baron, New Orleans, La., for appellees.

Before RIVES, Chief Judge, and CAMERON and JONES, Circuit Judges.

PER CURIAM.

The interesting facts of this case and the applicable law are fully set forth in the opinion of the District Court reported United States v. Peter, D.C.E.D.La. 1959, 178 F.Supp. 854. We find ourselves in full agreement with the views of the District Court. The judgment is, therefore

Affirmed.